UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MIGUEL GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21-cv-01921-ADC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Miguel Guerrero and Defendants Trans Union, LLC and Experian Information Solutions, Inc., acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 1st day of March, 2022,

**MIGUEL GUERRERO**

By: */s/* Tara Keller
Tara Keller (MD Bar ID 22303)
Leonard A. Bennett (Pro Hac Vice)
Craig C. Marchiando (Pro Hac Vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

By: /s/ Robert J. Schuckit
Robert J. Schuckit (MD Bar ID 14125)
**SCHUCKIT & ASSOCIATES, P.C.**
4545 Northwestern Drive
Zionsville, IN  46077
Tel: (317) 363-2400, ext. 104

(757) 930-3660  
(757) 930-3662 fax  
lenbennett@clalegal.com  
craig@clalegal.com  
tara@clalegal.com  

Jeffrey B. Sand (Pro Hac Vice)  
Andrew Weiner (Pro Hac Vice)  
**WEINER & SAND LLC**  
800 Battery Avenue SE  
Atlanta, Georgia 30339  
(404) 254-0842 (Tel.)  
(404) 205-5029 (Tel.)  
(866) 800-1482 (Fax)  
js@wsjustice.com  
aw@wsjustice.com  

Counsel for Plaintiff  

Fax: (317) 363-2257  
Email: rshuckit@shuckitlaw.com  

Counsel for Defendant Trans Union LLC  


/s/ S. Mohsin Reza  
S. Mohsin Reza (MD Bar ID 19015)  
**TROUTMAN PEPPER HAMILTON SANDERS LLP**  
401 9TH Street NW, Suite 1000  
Washington, D.C. 20004  
Tel: (202) 274-1927  
Email: Mohsin.reza@troutman.com  

Counsel for Defendant Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MIGUEL GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-01921-AI<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.


                                                /s/ Tara Keller
                                                Tara Keller